**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MARMOL MORFA ALLENDE AQUILINO,

Petitioner,

v.

WARDEN OF PIKE COUNTY CORRECTIONAL FACILITY,

Respondent.

No. 4:26-CV-03203

(Chief Judge Brann)

**ORDER**

**NOVEMBER 4, 2026**

Marmol Morfa Allende Aquilino, a detainee of the United States Department of Homeland Security, Immigration and Customs Enforcement, filed this *pro se* 28 U.S.C. § 2241 petition seeking an order granting immediate release from custody or, alternatively, a bond hearing.[1] Upon consideration of Allende Aquilino's § 2241 petition, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed to make immediate and proper service of this petition upon Respondent; and

2. Within three days of service of the petition, Respondent shall show cause, if any exists, why the petition should not be granted. In their response, Respondent should address whether Allende Aquilino poses a danger or flight risk if released from custody.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] Doc. 1.